# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 1, 2006

131478

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 131478
COA: 266959
Kalamazoo CC: 04-002204-FH

CORAL EUGENE WATTS,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the April 25, 2006 of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 1, 2006

Clerk

s1025